AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

United States of America
v.
MAYNOR MAÑUEL MORENO-MEJIA

*Defendant(s)*

Case No. 21-MJ-17025 (SAK)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **April 10, 2021** in the county of **Atlantic and elsewhere** in the District of **New Jersey**, the defendant(s) violated:

| Code Section | Description of Offenses |
|---|---|
| Title 8, United States Code, Section 1326(a) | Illegally re-entering the United States without the consent of the Secretary of Homeland Security or the Attorney General of the United States (See Attachment A) |

This criminal complaint is based on these facts:

See Attachment B

☑ Continued on the attached sheet.

CHRISTOPHER M KANAUSS
*Digitally signed by CHRISTOPHER M KANAUSS*
*Date: 2021.06.23 13:46:52 -04'00'*

*Complainant's signature*

ICE Deportation Officer Christopher Kanauss
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by **telephone** *(specify reliable electronic means)*.

Date: 6/24/21

*Judge's signature*

City and state: District of New Jersey    Honorable Sharon A. King, U.S. Magistrate Judge
*Printed name and title*

CONTENTS APPROVED
UNITED STATES ATTORNEY

*signature*

_____
CHRISTINA O. HUD
Assistant U.S. Attorney

Date: June 23, 2021

## ATTACHMENT A

On a date on or after December 21, 2018, and on or before April 10, 2021, in Atlantic County, in the District of New Jersey and elsewhere, defendant

MAYNOR MAÑUEL MORENO-MEJIA,

being an alien who was deported and removed and had departed the United States while an order of deportation or removal was outstanding, without the express consent of the Secretary of Homeland Security or the Attorney General to reapply for admission prior to his re-embarkation at a place outside the United States, did knowingly and voluntarily enter, and on or about April 10, 2021, was found in, the United States.

In violation of Title 8, United States Code Section 1326(a).

## ATTACHMENT B

I, Christopher Kanauss, being a Deportation Officer with United States Immigration and Customs Enforcement ("ICE"), have knowledge of the following facts based on my own investigation and conversations with other individuals involved in this investigation. I have not included in this Affidavit all of the facts known to me. Rather, I have included only those facts which I believe are necessary to establish probable cause.

1. Defendant MAYNOR MAÑUEL MORENO-MEJIA is a native and citizen of Honduras.

2. On or about August 12, 2011, MORENO-MEJIA was arrested by the United States Border Patrol at or near Laredo, Texas. Shortly thereafter, on or about August 22, 2011, MORENO-MEJIA was removed to Honduras.

3. At a date unknown after August 22, 2011, MORENO-MEJIA reentered the United States at an unknown location without permission from the Attorney General of the United States or the Secretary of Homeland Security.

4. On or about June 24, 2018, MORENO-MEJIA was encountered and arrested in Montgomery County, Maryland on assault, reckless endangerment, and intoxicated endangerment charges.

5. On or about June 25, 2018, MORENO-MEJIA was taken into federal custody by ICE Enforcement and Removal Operations ("ERO") in Baltimore, Maryland. On that same date, MORENO-MEJIA was served by ERO with a Notice of Intent/Decision to Reinstate Prior Removal Order.

6. On or about August 3, 2018, MORENO-MEJIA's case was referred to a United States Immigration Court in Baltimore, Maryland to consider his application to withhold removal from the United States based on a fear of torture if he were to return to Honduras. On or about November 5, 2018, the Immigration Court entered an order denying MORENO-MEJIA's application and ordered his removal from the United States. Accordingly, on or about December 21, 2018, MORENO-MEJIA was removed to Honduras.

7. At an unknown date after December 21, 2018, MORENO-MEJIA re-entered the United States at an unknown location without permission from the Attorney General of the United States or the Secretary of Homeland Security.

8. On or about April 10, 2021, MORENO-MEJIA was arrested in Pleasantville, New Jersey on aggravated assault/recklessly causing injury with a deadly weapon, unlawful possession of a weapon, and resisting arrest charges.

Specifically, according to reports from the incident, MORENO-MEJIA allegedly stabbed three family members with a chef's knife, leaving one in critical condition. The charges remain pending.

9. On or about April 15, 2021, ICE took MORENO-MEJIA into custody at the ICE/ERO Field Office in Mount Laurel, New Jersey.

10. MORENO-MEJIA's identity was confirmed through fingerprint analysis. Specifically, a fingerprint examiner from the Federal Bureau of Investigation compared the fingerprints taken from MORENO-MEJIA during his prior removals from the United States in 2011 and 2018 with the fingerprints taken from MORENO-MAJIA when he was taken into ICE custody on April 15, 2021. It was determined that the fingerprints were identical.

11. Upon information and belief, neither the Secretary of Homeland Security nor the Attorney General of the United States has authorized MORENO-MEJIA's re-entry into the United States.

Respectfully Submitted,

CHRISTOPHER M KANAUSS
Digitally signed by CHRISTOPHER M KANAUSS
Date: 2021.06.23 13:45:11 -04'00'

CHRISTOPHER KANAUASS
ICE Deportation Officer

Pursuant to Fed. R. Crim. P. 4.1, Christopher Kanauss, ICE Deportation Officer, was sworn and attested to the contents of this Affidavit in support of the Criminal Complaint and Arrest Warrant requested herein.

_Sharon A. King_
HONORABLE SHARON A. KING
United States Magistrate Judge

6/24/21
DATE

2